[No. 7699-0-I. Division One. March 9, 1981.]

ROBINSON ENTERPRISES, INC., *Appellant,* v. FELIX
& ZIMMAR, INC., P.S., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 833388, Stanley C. Soderland, J., entered May 18, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Andersen, J.

[No. 8704-5-I. Division One. March 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE
ALBERT SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01686-8, James J. Dore, J., entered March 20, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Ringold, J.

[No. 8487-9-I. Division One. March 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
EXEL THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01362-1, Robert E. Dixon, J., entered February 25, 1980. *Dismissed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Durham, J.